## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND - NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.

**ANTONIO HARRIS**

**Defendant**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**11  4064 BPG**

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 21, 2011 in Baltimore County , in the District of Maryland, defendant(s) (Track Statutory Language Offense)

**ANTONIO HARRIS** did knowingly, wilfully, and unlawfully conspire with Jose Guerrero, Tyra Wilkens, and Ahaisa Wilson, and others unknown to possess with intent to distribute 1 kilogram or more of a quantity of a mixture or substance containing a detectable amount of heroin, a schedule I narcotic controlled substance,

in violation of Title _21_____ United States Code, Section(s) _846_

I further state that I am a Special Agent with Immigration and Customs Enforcement (ICE) and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   X Yes  _ No

**Thomas Martin**
**S/A DEA**

Sworn to before me and subscribed in my presence,

_9-22-/1 · 2:50 pm_      at      Baltimore, Maryland

Date and Time Issued

Beth P. Gesner
U. S. Magistrate Judge

## AFFIDAVIT

### in Support of Criminal Complaints

THOMAS MARTIN, a Special Agent with the Drug Enforcement Administration, being duly sworn, deposes and states:

1.      I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in 18 U.S.C. 2516.

2.      I have been employed as a Special Agent with the DEA since May 1988.  Since becoming an employee of DEA I have participated in numerous investigations regarding the Controlled Substances Act.  I have participated in the recovery of substantial quantities of narcotics, paraphernalia, and financial proceeds related to drug activity.  I have also participated in numerous surveillance operations of Title 21 U.S.C. violators.  I have participated in Title III operations, comprising of surveillance operations, monitoring wire interceptions, and analyzing telephone records.  Through my training and experience I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, and with the method of payment for such drugs.

3.      This affidavit is being submitted in support of a complaint charging Antonio Harris, Tyra Wilkens, Jorge Guerrero, and Ahaisa Wilson with violating 21 U.S.C. §§ 841 and 846.

### The Background Investigation

4.      On September 16, 2011, Special Agents of the U.S. Drug Enforcement Administration (DEA) and the U.S. Internal Revenue Service—Criminal Investigation Division (IRS-CID) received information that a gray colored Acura bearing Maryland license plate

B 11 4064 BPG

2A10439 was located at the Hunt Valley Residence Inn hotel located at 45 Schilling Road, Hunt Valley, MD. Agents learned that the operator of the vehicle, later identified as Antonio Maurice HARRIS, had returned from Queens, NY earlier that morning, and agents suspected the operator of the vehicle was engaged in the interstate transportation of controlled dangerous substances (CDS). At approximately 10:00 am the same day, agents responded to the Hunt Valley Residence Inn and established surveillance of the aforementioned Acura, which was parked in front of the hotel. At approximately 10:30 am, agents observed Antonio Maurice HARRIS walk through the lobby of the hotel and walk outside to the gray Acura. HARRIS removed a black drawstring shopping bag from the Acura and walked back toward the hotel. Agents did not observe HARRIS enter the hotel but paused briefly near the front of the parking lot, and then walked back to the Acura and drove out of the area.

5.      After HARRIS drove away, agents spoke with the hotel manager. The hotel manager provided agents with a list of the names of persons who had rented rooms for that day, and pointed out the name of Tyra WILKENS as having checked in that morning. The manager told agents that most of the clients during the week were corporate or government business travelers. The manager stated WILKENS had checked in at approximately 7:45 am, and had paid in cash. WILKENS provided a driver's license for identification which indicated her address as 2915 Chelsea Terrace, Baltimore, MD 21216. WILKENS rented room number 617 for one night, with a twelve noon checkout time the next day, September 17, 2011.

6.   .  The hotel manager allowed agents to review surveillance camera images from the security cameras located within the public areas of the hotel. Camera images of the front check-in counter showed Tyra WILKENS as she checked in and rented room 617, while accompanied by an unidentified male.

PF 11 4064BPG

7.      At approximately 1:00 pm later the same day, agents observed HARRIS enter the parking lot of the Residence Inn and park next to a white Toyota sedan bearing Maryland license plate 19472CD.  Agents observed HARRIS open the trunk of the white Toyota and remove a black wheeled suitcase, a black drawstring shopping bag similar to the one agents observed him with earlier that morning, and a small white plastic bag. After removing the bags from the white Toyota, HARRIS walked into the Residence Inn.

8.      Maryland Motors Vehicle Administration records show license 19472CD is registered to a 2004 Toyota in the name of Tyra Elva WILKENS, 2915 Chelsea Terrace, Baltimore, MD.

9.      The same day, at approximately 2:21 pm, agents observed an unidentified male walk from the hotel lobby to the gray Acura, where he removed a pair of shoes and walked back into the hotel.  This unidentified male was the same person observed in the surveillance camera video checking in the hotel earlier that morning with WILKENS.

10.     After the occupants of the room checked out, the agents, with the permission of the hotel searched the room.  The hotel manager had observed that the occupants had eaten Raman noodles.  Outside the room, the hotel manager found a clear trash bag with Raman noodle wrappers inside.  Inside the trash bag, agents found plastic bags with residue and an empty vial container.  This residue tested positive for the presence of heroin.  Also inside the bag, agents found a receipt from Walgreens.  The agents subsequently identified HARRIS as the purchaser of the items identified in the receipt through Walgreens' video surveillance. *Acura had traveled to from on or about September 19, 2011, Agents determined the Acura had traveled to Queens, NY.*

11.     On or about September 20, 2011, agents were able to determine that the Acura returned from New York City.

12.     On September 20, 2011, agents surveiled the Acura and determined that

P 11 4064 BPG

WILKENS was driving the Acura. Agents observed her go to a Walmart Store and purchase

some clothing and a vacuum bag heat sealer. The clothing was subsequently found during the

*bw from* execution of the search warrant *at the Ramada Inn, discussed below.*

13.    One September 21, 2011, agents again located the Acura at a Ramada Inn hotel in

*bw from* Pikesville, MD.    Agents were able to determine through the hotel's video surveillance that

*#232* WILKENS rented ~~the~~ hotel room under the alias Shannell Dunmore.

14.    Agents conducted surveillance of the hotel and saw HARRIS leave the hotel and

subsequently return. Agents later saw Harris leave the hotel a second time, this time with a duffel

bag. A Baltimore County Police Officer subsequently conducted a traffic stop of the Acura

being driven by HARRIS for travelling 60 mph in a 55 mph zone. Harris had no license. The

police, in the process of conducting an inventory search prior to impounding the car discovered a

large quantity of U.S. currency in the duffel bag. Police also found GUERRERO's driver's

license in the Acura.

15.    Agents knocked on the door of room #232 and located Jorge Guerrero and Ahaisa

Wilson who were inside the room. The agents were permitted to enter the room. While inside

the room the agents spoke with GUERRERO who admitted that he knew WILKENS.

**The Search Warrant**

*bw from* On the same day, September 21, 2011,

16.    Agents and Baltimore County Police Officers then drafted a search warrant

affidavit. A Baltimore County Judge then issued a search warrant for room #232 at the Ramada

Inn at 1721 Reisterstown Road, Pikesville, MD.

17.    Inside the room, the agents located a black suitcase on the floor. Inside this

suitcase, agents found 3.6 kg of a substance that field tested positive for heroin. A large part of

this heroin was still in block form. However, part of the heroin had been placed in gel capsules.

Agents also discovered packages of empty gel capsules and two electronic scales in the suitcase. Subsequently, agents also discovered approximately 300 grams of a substance that tested positive for crack cocaine in the dresser under the television.

18.     Based on your affiant's training and experience, you affiant believe the street value of the heroin to be at approximately $400,000.


Thomas Martin
Special Agent
DEA


Sworn and subscribed before me
this _22nd_ day of September, 2011.


BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE